Bobby CAMPBELL *v.* STATE of Arkansas

CR 94-891                                    882 S.W.2d 670

Supreme Court of Arkansas
Opinion delivered September 12, 1994

*Tom Garner*, for appellant.

No response.

PER CURIAM. Petitioner, Bobby Campbell, by his attorney, Tom Garner, has filed a motion for rule on the clerk. His attorney admits that the record was tendered late due to a mistake on his part.

We find that such error, admittedly made by the attorney for a criminal defendant, is good cause to grant the motion. *See Terry* v. *State*, 272 Ark. 243, 613 S.W.2d 90 (1981); *In Re: Belated Appeals in Criminal Cases*, 265 Ark. 964 (1979) (per curiam).

A copy of this opinion will be forwarded to the Committee on Professional Conduct. *In Re: Belated Appeals in Criminal Cases*, 265 Ark. 964; *Harkness* v. *State*, 264 Ark. 561, 572 S.W.2d 835 (1978).